# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LA'OTIS NICKELSON<br>SHONDRECA SANDERS<br>ROYLENA HUMPHREYS<br>AMBER TREPAGNIER | CIVIL ACTION |
| VERSUS | NUMBER: 18-4147 |
| PROGRESSIVE COMMUNITY CARE CENTER, LLC<br>KEYORKA DENNIS, OFFICIALLY AND PERSONALLY | SECTION: B (1) |

## J U D G M E N T

In accordance with the Court's Order granting the Motion to Confirm Preliminary Default and Enter Final Default Judgment, R. Doc. 24,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiffs La'Otis Nickelson, Shondreca Sanders, Roylena Humphreys, and Amber Trepagnier in the total amount of $28,650.00, plus judicial interest until the judgment is paid, plus reasonable attorney fees and costs associated with this action.  Jurisdiction is retained for latter fees issue.

A motion and supportive documentation for fees and costs shall be filed within 14 days, served upon defendants and noticed for submission in accordance with Local Rules of Court.

This default judgment will not be set aside unless upon a timely motion establishing good cause, or upon a motion pursuant to Federal Rule of Civil Procedure 60(b).

New Orleans, Louisiana, this   15th   day of March 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE