**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LA'OTIS NICKELSON, ET. AL.                    CIVIL ACTION

VERSUS                                        NO. 18-4147

PROGRESSIVE COMMUNITY CARE
CENTER, LLC ET. AL.                           SECTION "B"(1)

<u>JUDGMENT</u>

In accordance with the order and reasons granting plaintiffs La'Otis Nickelson, Shondreca Sanders, Roylena Humphreys, and Amber Trepagnier's motion for attorney's fees in part, and in addition to the prior outstanding award and judgment in the record at Record Documents 24-25,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are awarded attorney's fees in the amount of $3,628.12 and costs in the amount of $640.00 to be paid by defendants Progressive Community Care Center, LLC and Keyorka Dennis no later than 60 days from the signing of this judgment.

New Orleans, Louisiana this 30th day of July, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE